**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF TULSA,<br><br>        Plaintiff,<br><br>v.<br><br>(1) PURDUE PHARMA L.P., et al.,<br><br>        Defendants. | Case No. CIV-19-205-GKF-FHM<br>(Removal from: District Court of Tulsa County, Case No. CJ-2019-1116) |

**SPECIAL APPERANCE AND CORPORATE DISCLOSURE STATEMENT
OF DEFENDANTS TEVA PHARMACEUTICALS USA, INC.,
CEPHALON, INC., ACTAVIS LLC, ACTAVIS PHARMA, INC.
<u>AND WATSON LABORATORIES, INC.</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Teva Pharmaceuticals USA, Inc. ("Teva USA"), Cephalon, Inc. ("Cephalon"), Watson Laboratories, Inc. ("Watson"), Actavis LLC ("Actavis LLC"), and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc. ("Actavis Pharma"), appear specially and expressly reserve all available defenses, including but not limited to those related to service of process and personal jurisdiction. Without waving any available defense Defendants make the following disclosures:

1. Defendant Cephalon is directly owned by Cupric Holding Co., Inc., which is directly owned by Teva Pharmaceutical Industries Ltd. ("Teva Ltd.").

2. Teva Ltd. does not have a parent corporation and no publicly held corporation holds more than 10% or more of its stock.

3. Defendant Teva USA is directly owned by: (i) Orvet UK Unlimited (Majority

Shareholder), which is directly owned by Teva Pharmaceuticals Europe B.V., which is directly owned by Teva Ltd.; and (ii) Teva Pharmaceutical Holdings Coöperatieve U.A. (Minority Shareholder), which is directly owned by IVAX LLC, a direct subsidiary of Teva USA.

4. Defendants Watson, Actavis LLC, and Actavis Pharma are wholly-owned indirect subsidiaries of Teva Ltd.

Respectively Submitted,

*/s/ Ashley E. Quinn*
ROBERT G. MCCAMPBELL, OBA NO. 10390
NICHOLAS V. MERKLEY, OBA No. 20284
KYLE D. EVANS, OBA No. 22135
ASHLEY E. QUINN, OBA No. 33251
**GABLEGOTWALS**
One Leadership Square, 15th Fl.
211 North Robinson
Oklahoma City, OK 73102-7255
Telephone: (405) 235-3314
RMcCampbell@Gablelaw.com
NMerkley@Gablelaw.com
KEvans@Gablelaw.com
AQuinn@Gablelaw.com
   and
Harvey Bartle, IV*
MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, New Jersey 08540-6241
T: (609) 919-6685
F: (609) 919-6701
harvey.bartle@morganlewis.com
   and
Steven A. Reed*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
T: 215.963.5000
F: 215.963.5001

steven.reed@morganlewis.com
and
Brian M. Ercole*
MORGAN, LEWIS & BOCKIUS LLP
200 S. Biscayne Blvd., Suite 5300
Miami, FL 33131-2339
T: 305.415.3000
F: 305.415.3001
brian.ercole@morganlewis.com
*denotes national counsel who will seek pro hac vice admission*
**Attorneys for Defendants Teva Pharmaceuticals, USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis LLC, and Actavis Pharma, Inc. F/K/A Watson Pharma, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April, 2019, I electronically transmitted the foregoing document to the Court Clerk using the ECF System for filing. Based on the records currently on file, the Court Clerk will transmit a Notice of Electronic Filing to all ECF registrants.

*/s/ Ashley E. Quinn*
Ashley E. Quinn

3